# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REFUGIO PEREZ-GONZALEZ,<br><br>　　　　Defendant. | Case No.: 19CR02938-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that Motion to dismiss (ECF NO. 20) is granted and the Information in Criminal Case No. 19CR02938-WQH against defendant REFUGIO PEREZ-GONZALEZ be, and hereby is, dismissed;

　　IT IS SO ORDERED.

Dated: August 20, 2019

　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court